UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENGE LEMO GAHANO,

                Plaintiff,

    v.

STEPHEN LANGFORD, et al.,

                Defendants.

C20-5451 TSZ-TLF

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Emergency Motion for Extension of Time, docket no. 31, is GRANTED. The deadline to file a second amended complaint is hereby EXTENDED to January 6, 2021. Defendants' motion to dismiss shall be RENOTED to January 29, 2021.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of December, 2020.

                          William M. McCool
                          Clerk

                          s/Gail Glass
                          Deputy Clerk

MINUTE ORDER - 1