# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DENGE LEMO GAHANO,<br><br>                    Plaintiff,<br><br>     v.<br><br>STEPHEN LANGFORD, et al.,<br><br>                    Defendants. | C20-5451 TSZ-TLF<br><br>ORDER |

THIS MATTER comes before the Court on Plaintiff's emergency application for a temporary restraining order, docket no. 34, which the Court treats as a motion seeking a preliminary injunction with an expedited briefing schedule. Plaintiff's motion, docket no. 34, is hereby RENOTED to Friday, January 8, 2021. Any response to such motion shall be filed by Monday, January 4, 2021. Any reply shall be filed by the new noting date.

The Clerk is directed to send a copy of this Order to Plaintiff and all counsel of record.

IT IS SO ORDERED.

Dated this 29th day of December, 2020.

_____
THOMAS S. ZILLY
United States District Judge

ORDER - 1