|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| DENGE LEMO GAHANO, | CASE NO. C20-5451 MJP-MLP |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| STEPHEN LANGFORD, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has received and reviewed Plaintiff's Motion for Extension to File a Reply. (Dkt. No. 40.) The Court GRANTS a brief extension based on Plaintiff's representation concerning the delayed delivery of Defendants' response to his Motion for a Temporary Restraining Order. Plaintiff may file a Reply by no later than January 15, 2021.

\\

\\

\\

1 | The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

2 | Filed January 12, 2021.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk

MINUTE ORDER - 2