UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENGE LEMO GAHANO,<br><br>                Plaintiff,<br><br>    v.<br><br>STEPHEN LANGFORD, et al.,<br><br>                Defendants. | CASE NO. C20-5451 MJP-MLP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION DENYING MOTION FOR PRELIMINARY INJUNCTION |

This matter comes before the Court on Plaintiff Denge Lemo Gahano's Motion for a Preliminary Injunction. (Dkt. No. 26.) Having reviewed the Motion, the Report and Recommendation of Magistrate Judge Theresa L. Fricke (Dkt. No. 27), Gahano's Objections to the Report and Recommendation (Dkt. No. 30), and all relevant materials in the record, the Court ADOPTS the Report and Recommendation and DENIES the Motion. The Court separately notes that Gahano is now represented by counsel, which addresses much of the relief he sought in his Motion—more complete access to legal research to support his case.

\\

1       The clerk is ordered to provide copies of this order to all counsel.

2       Dated January 27, 2021.

3                                                           *[signature]*

4                                                           Marsha J. Pechman
                                                            United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION DENYING MOTION FOR PRELIMINARY INJUNCTION - 2