*The Honorable Marsha J. Pechman*
*The Honorable Michelle L. Peterson*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Denge Lemo Gahaho,

Plaintiff,

v.

Stephen Langford, *et al.*,

Defendants.

Case No. C20-5451-MJP-MLP

STIPULATION AND ORDER RENOTING DISPOSITIVE MOTIONS

Noted for Consideration: 02/05/21

The Parties, through undersigned counsel, hereby STIPULATE and AGREE that the Motion to Dismiss filed by the Federal Defendants (Dkt. 42) and the Motion to Dismiss filed by the Private Defendants (Dkt. 43) may be renoted for March 5, 2021. Good cause exists for the requested extensions. This extension will allow Plaintiff's newly-appointed pro bono counsel to familiarize themselves with the matter and prepare a response to both motions.

//

//

//

//

//

//

Open Sky Law, PLLC
20415 72nd Ave. S., Suite 110
Kent, WA 98032
Ph. (206) 962-5052
Fax (206) 681-9663
www.opensky.law

Dated: February 5, 2021

Respectfully submitted,

*/s/ Devin T. Theriot-Orr*
Devin T. Theriot-Orr
WSBA No. 33995
Open Sky Law, PLLC
20415 72nd Ave. S., Ste. 110
Kent, WA 98032
Ph. (206) 962-5052
Em. devin@opensky.law

*Attorney for Plaintiff*

*/s/ Kristen R. Vogel*
Kristen R. Vogel
NYBA No. 5195664
Assistant United States Attorney
United States Department of Justice
700 Stewart St., Ste. 5220
Seattle, WA 98101
Ph. (206) 553-1634
Em. Kristen.Vogel@usdoj.gov

*Attorney for ICE*

*/s/ Joan K. Mell*
Joan K. Mell
WSBA No. 21319
III Branches Law, PLLC
1019 Regents Blvd., Ste. 204
Fircrest, WA 98466
Ph. (253) 566-2510
Em. joan@3brancheslaw.com

*Attorney for GEO and its employees*



**ORDER**

The parties having so stipulated, the above is SO ORDERED. The Clerk is directed to renote both Motions to Dismiss (Dkt. 42 and Dkt. 43) for March 5, 2021.

DATED this 10th day of February, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATION AND ORDER RENOTING DISPOSITIVE MOTIONS – 3
Case No. C20-5451-MJP-MLP

OpenSkyLaw

Open Sky Law, PLLC
20415 72nd Ave. S., Suite 110
Kent, WA 98032
Ph. (206) 962-5052
Fax (206) 681-9663
www.opensky.law

