UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENGE LEMO GAHANO,

               Plaintiff,

     v.

STEPHEN LANGFORD, et al.,

              Defendants.

Case No. C20-5451-MJP-MLP

ORDER

       This is a 42 U.S.C. § 1983 prisoner civil rights action. On September 25, 2020, Defendant United States Immigration and Customs Enforcement ("ICE") filed a motion to dismiss Plaintiff's amended complaint. (Dkt. # 22.) On December 29, 2020, Plaintiff filed a second amended complaint. (Dkt. # 33.) On January 19, 2021, Defendant ICE and Defendants Stephen Langford, Bruce Scott, Leroy Portillo, "Hillin," Thomas Landry, and Ronald Wheeler both filed separate motions to dismiss Plaintiff's second amended complaint. ("Defendants' Motions"). (Dkt. ## 42-43.)

       On January 26, 2021, this Court appointed Plaintiff Brandon M. Stevens and Devin T. Theriot-Orr as pro bono counsel. (Dkt. # 45.) However, on that same day, Plaintiff himself filed a motion for extension of time requesting additional time to respond to Defendants' Motions

ORDER - 1

until pro bono counsel was appointed. (Dkt. # 49.) On February 10, 2021, the parties jointly stipulated to re-noting Defendants' Motions so that pro bono counsel may familiarize themselves with the case and file a response. (Dkt. # 52.)

Accordingly, the Court hereby ORDERS:

(1) Defendant ICE's first motion to dismiss Plaintiff's amended complaint (dkt. # 22) is STRICKEN as moot based on Plaintiff's filing of a second amended complaint. Defendant ICE's motion to dismiss Plaintiff's second amended complaint remains pending and will be addressed by the Court once ripe;

(2) Plaintiff's motion for extension of time (dkt. # 49) is STRICKEN as moot as pro bono counsel have now appeared in this matter and the parties have jointly stipulated to re-noting Defendants' Motions for the Court's consideration on March 5, 2021; and

(3) The Clerk is directed to send copies of this Order to the parties and to the Honorable Marsha J. Pechman.

Dated this 11th day of February, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2