UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENGE LEMO GAHANO,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>STEPHEN LANGFORD, et al.,<br><br>　　　　　　　Defendants. | Case No. C20-5451-MJP-MLP<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and noted the absence of any objections or responses to it, and the remaining record, the Court finds and ORDERS:

　　　(1)　The Court ADOPTS the Report and Recommendation;

　　　(2)　Defendants' motions to dismiss (dkt. ## 42-43) are GRANTED, and this action is DISMISSED with prejudice; and

　　　(3)　The Clerk is directed to send copies of this Order to the parties.

Dated this 13th day of April, 2021.

　　　　　　　　　　　　　　　　　　　MARSHA J. PECHMAN
　　　　　　　　　　　　　　　　　　　United States Senior District Judge

ORDER OF DISMISSAL - 1